SCANNED

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:12-CR-175-GZS |
| v. ) | |
| ) | 21 U.S.C. §§ 846, 841(a)(1), |
| DEVINE HARVIN ) | 841(b)(1)(C); 18 U.S.C. §§ 371, 1347 |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between about October 2011 and February 2012, in the District of Maine, the Southern District of New York, the District of New Jersey and elsewhere, defendant

**DEVINE HARVIN**

knowingly and intentionally conspired with others known and unknown to distribute and possess with intent to distribute a mixture or substance containing oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

### COUNT 2

Between about October 2011 and February 2012, in the District of Maine, the Southern District of New York, the District of New Jersey and elsewhere, defendant

**DEVINE HARVIN**

knowingly and intentionally conspired with others known and unknown to execute, and aid and abet the execution of, a scheme and artifice to obtain, by means of false or fraudulent pretenses, representations, or promises, property owned by, or under the custody or control of, health care

1

benefit programs, that is, oxycodone owned by or under the custody or control of certain licensed pharmacies.

In violation of Title 18, United States Code, Sections 371 and 1347.

A TRUE BILL,
Original on File with the Clerk's Office

FOREPERSON

_[signature]_
Assistant U.S. Attorney
Date: 10/12/12