SCANNED

2:12-CR-175-GZS

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Devine Harvin |
| **Address:** (City & State Only) | Bronx, New York |
| **Year of Birth and Age:** | 1980; 32 years old |
| **Violations:** | Count One:  Conspiracy to distribute and possess with intent to distribute oxycodone.  21 U.S.C. § 846, 841(a)(1).<br><br>Count Two: Health care fraud conspiracy.  18 U.S.C. §§ 371, 1347 |
| **Penalties:** | Count One:  Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.  This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3).<br><br>Count Two: Imprisonment of not more than five years, fine not to exceed $250,000, or both (18 U.S.C. § 371).  This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Count One:  Not less than three years and not more than life.  21 U.S.C. § 841(b)(1)(C).<br><br>Count Two: Not more than three years.  18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One and Two: Not more than two years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h).<br><br>Count Two: Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Jonathan Goodman, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA – SA Steven Galbadis; TFA Thomas Lapierre |

| | |
|---|---|
| **Detention Status:** | Released on bail |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | David B. Joyce |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |